A CERTIFIED TRUE COPY

JUN 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN 29 AM II: 59

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

8:06CV325

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 2 2006

JAMES W. McCORMACK, CLERK

By _____ DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

4:03CV01507 WRW

*CONDITIONAL TRANSFER ORDER (CTO-69)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,888 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

**SCHEDULE CTO-69 - TAG-ALONG ACTIONS**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

**DIST. DIV. C.A. #**              **CASE CAPTION**

ALABAMA NORTHERN
ALN 2  06-51                    Debbie Jones, et al. v. Wyeth, Inc., et al.

ARKANSAS WESTERN
ARW 5  06-5071                  Betty Kibat v. Wyeth

FLORIDA MIDDLE
FLM 8  05-2334                  Nancy Peterson, et al. v. Wyeth, et al.
FLM 8  06-672                   Mary L. Raterman v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
FLS 9  06-80295                 Eileen Reingold v. Wyeth, et al.

MINNESOTA
MN  0  06-1333                  Patricia Socha v. Wyeth, et al.
MN  0  06-1360                  Helen Laines v. Wyeth, et al.
MN  0  06-1421                  Mary L. Coburn, et al. v. Wyeth, et al.
MN  0  06-1452                  Janice I. Peoples v. Wyeth, et al.
MN  0  06-1461                  Lorna Taylor v. Wyeth, et al.
MN  0  06-1462                  Rose Marie Whitman v. Wyeth
MN  0  06-1463                  Dianne Farist, et al. v. Wyeth, et al.
MN  0  06-1464                  Nancy Freeman, et al. v. Wyeth, et al.
MN  0  06-1465                  Sandra Siahmakoun v. Wyeth, et al.
MN  0  06-1466                  Mary Jo Flint, et al. v. Wyeth, et al.
MN  0  06-1467                  Anita W. Smith, et al. v. Wyeth, et al.
MN  0  06-1469                  Sharon M. Hughes, et al. v. Wyeth, et al.
MN  0  06-1470                  Mary I. Torres v. Solvay Pharmaceuticals, Inc., et al.
MN  0  06-1471                  Susan Chappell, et al. v. Wyeth, et al.
MN  0  06-1513                  Kathryn Mungle v. Wyeth, et al.
MN  0  06-1542                  Maj-Siri Ulmen v. Wyeth, et al.
MN  0  06-1593                  Dorothy M. Patterson v. Wyeth, et al.
MN  0  06-1594                  Jo Anne Thomas v. Wyeth, et al.
MN  0  06-1595                  Ann Easley v. Wyeth, et al.
MN  0  06-1603                  Jeanette Grizzle, et al. v. Wyeth, et al.
MN  0  06-1604                  Nancy C. Massey, et al. v. Wyeth, et al.
MN  0  06-1613                  Darlene Hodge, etc. v. Wyeth
MN  0  06-1635                  Mary J. Hart, et al. v. Wyeth, Inc., et al.
MN  0  06-1645                  Alleene Pedicone v. Wyeth, et al.
MN  0  06-1646                  Linda Batey v. Wyeth, et al.
MN  0  06-1663                  Patricia Aspromonti v. Wyeth, et al.
MN  0  06-1672                  Mary Klauck v. Wyeth, et al.
MN  0  06-1673                  Sandra Newland v. Wyeth, et al.
MN  0  06-1710                  Carol Naquin, et al. v. Wyeth, et al.

NEBRASKA
NE  8  06-325                   Cora Lee Behnke, et al. v. Wyeth, et al.

OKLAHOMA NORTHERN
OKN 4  05-581                   Patricia Calhoun v. Wyeth, Inc., et al.
OKN 4  05-624                   Erma J. Smith v. Wyeth, Inc., et al.